# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Barbara Williams – Case No. 1:16-cv-03048
Anthony LoBue – Case No. 1:17-cv-00582
Dennis Findish – Case No. 1:17-cv-01610
Cheryl E. and Edwin J. Falstad – Case No. 1:17-cv-01744
Teresita Cochran – Case No. 1:18-cv-00098
Darin French – Case No. 1:18-cv-00103
Sandra Lou Westphal and Leonard Wyrick – Case No. 1:18-cv-00513
Maria L. Johnson – Case No. 1:17-cv-00608

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters do not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction.  *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction.  Each party shall bear its own fees and costs.

Dated: February 19, 2025.

| | |
|---|---|
| */s/ Thomas Wm. Arbon* | */s/ Andrea Roberts Pierson* |
| Thomas Wm. Arbon, TX Bar No. 01284275 | Andrea Roberts Pierson |
| Ben C. Martin, TX Bar No. 13052400 | Faegre Drinker Biddle & Reath LLP |
| Ben Martin Law Group, PLLC | 300 North Meridian Street, Suite 2500 |
| 3141 Hood Street, Suite 600 | Indianapolis, IN 46204 |
| Dallas, TX 75219 | T:  (317) 237-0300 |
| T:  (214) 761-6614 | F:  (317) 237-1000 |
| F:  (214) 744-7590 | andrea.pierson@faegredrinker.com |
| tarbon@bencmartin.com | |
| bmartin@bencmartin.com | *Attorney for Defendants* |
| | |
| *Attorneys for Plaintiffs* | |